UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRY LEE CALLENDRET,

              Plaintiff,

v.

T. THRASHER, et al.,

              Defendants.

No. 3:19-CV-5271-BHS-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 64. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' Motion for Summary Judgment, Dkt. 49, is **GRANTED** and Plaintiff's Motion for Summary Judgment, Dkt. 57, is **DENIED**. Plaintiff's Eighth and Fourteenth Amendment claims are dismissed with prejudice and Plaintiff's request for reinstatement of his good time and earned time credits is dismissed without prejudice;

(3) Plaintiff's IFP status is revoked on appeal; and

(3) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 29th day of July, 2020.

                              BENJAMIN H. SETTLE
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1